# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2011

140422 & (101)(102)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

DEDRICK LAVONZ McCAULEY,
     Defendant-Appellee.

SC: 140422
COA: 281197
Wayne CC: 07-009190-01

_____/

On order of the Court, the motions for immediate consideration and to adjourn oral argument are considered, and they are GRANTED. By order of June 25, 2010, we directed the Clerk to schedule oral argument on whether to grant the application, 486 Mich 1038 (2010). This case was placed on the January 2011 session calendar for argument and submission. It now appears that the case of *Lafler v Cooper*, ___ US ___; 79 USLW 3102 (January 7, 2011), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal. Therefore, we ORDER that the application in this case be held in ABEYANCE pending the decision in *Lafler*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2011

_____
Clerk

0112